Robert Fugal (3796)
BIRD & FUGAL
Attorneys for Debtor
384 East 720 South, #201
Orem, UT 84058
(801) 426-4700

\* - \* - \* - \* - \* - \* - \*

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

\* - \* - \* - \* - \* - \* - \*

| | |
|---|---|
| IN RE ) | |
| ) | Case No. 12-20511 |
| Erik Keith Blomquist ) | Chapter 7 |
| ) | |
| Debtor. ) | |

\* - \* - \* - \* - \* - \* - \*

### DEBTOR'S OBJECTION TO THE
### TRUSTEE'S MOTION TO REVOKE ORDER APPROVING SALE OF DEBTOR'S INTEREST IN REAL PROPERTY AND COMPROMISE OF CONTROVERSIES

Erik Keith Blomquist, debtor herein, objects to the Trustee's Motion to Revoke order Approving Sale of Debtor's Interest in Real Property and Compromise Controversies as Follows:

Debtor acknowledges that the funds were not timely paid pursuant to the Order. Debtor experienced many unexpected difficulties in obtaining the funds. Debtor appreciates the trustee's patience and cooperation.

Debtor has now made arrangement to pay the trustee with certified funds the

outstanding amount due.

  WHEREFORE, debtor prays that the trustee's motion be denied.


DATED: April 29, 2015

    /s/ Robert Fugal
    Robert Fugal

    Attorney for the Debtor

## CERTIFICATE OF SERVICE

I hereby certify that I mailed or caused to be served via ECF or mailed a correct copy of the foregoing document, postage prepaid, on the  29th  day of April , 2015, to the following:

Via ECF:

Armand J. Howell on behalf of Creditor Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP howell@mmojlaw.com, howell@mathesonhowell.com

Jerald V. Hale on behalf of Creditor Wells Fargo Dealer Services jhale@winderfirm.com

Kenneth A. Rushton tr on behalf of Trustee Kenneth A. Rushton tr KRus8416@aol.com, UT01@ecfcbis.com Kenneth A. Rushton tr KRus8416@aol.com, UT01@ecfcbis.com

Mark S. Middlemas on behalf of Creditor Wells Fargo Bank, N.A.ecfmaildistgroup@lundbergfirm.com, lundbergBK@gmail.com,mark.middlemas@lundbergfirm.com

Robert Fugal on behalf of Debtor Erik Keith Blomquist robfugal@birdfugal.com, candace@birdfugal.com

United States Trustee USTPRegion19.SK.ECF@usdoj.gov